# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| CYNTHIA MILLER | ) | Case No. 1:21-cv-00270 |
| Plaintiff, | ) | Judge Matthew W. McFarland |
| | ) | Magistrate Judge Karen L. Litkovitz |
| v. | ) | |
| UNITED HEALTHCARE INSURANCE COMPANY, | ) | |
| Defendant. | ) | |

## ORDER GRANTING JOINT MOTION

This matter came before this Court upon the Parties Joint Motion to Extend the Briefing Deadlines. The Court finds good cause exists for granting the Motion.

Accordingly, it is hereby ORDERED that the existing deadlines set forth in the Calendar Order (Doc. 11) be held in abeyance. The Parties shall submit a status update by March 4, 2022, including any proposed amended briefing deadlines, to the extent necessary.

Dated: January 13, 2022

_Karen L. Litkovitz_
UNITED STATES MAGISTRATE JUDGE